UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:   JAMES HOUSLER<br>ELIZABETH HOUSLER<br>8639 CARLSBAD LN<br>LANSING, MI 48917 | CASE NO: HL-10-07137<br>Chapter 13<br>HON. JEFFREY R HUGHES<br>Filed: Jun 04, 2010 |

# TRUSTEE'S OBJECTION TO CLAIM
# AND
# NOTICE AND OPPORTUNITY FOR HEARING

NOW COMES, Barbara P. Foley, the duly appointed, qualified and acting Chapter 13 Trustee in the captioned case, before this Honorable Court and states:

That **GRESHAM RIGGS** filed a claim in this bankruptcy case, and in contravention of 11 USC § 501, 502 and/or 1305 and Bankruptcy Rules 3001, 3002, and 3007, such claim:

WAS FILED IN THE AMOUNT OF $12,890.62. CLAIM #14 WAS FILED 10/15/2010 BY GRESHAM RIGGS. A PREVIOUS CLAIM, #12, WAS FILED 9/7/2010 BY JAMES LEVINSON ON BEHALF OF GRESHAM RIGGS FOR THE SAME COLLATERAL DEBT. THIS APPEARS TO BE A DUPLICATE CLAIM.

**Wherefore, the Trustee prays for an Order:**

DISALLOWING CLAIM #14 IN ITS ENTIRETY AS A DUPLICATE CLAIM, BUT ALLOWING CLAIM #12.

**NOTICE TO CLAIMANT:**

You may:
1) Attempt to cure the objection to claim by filing either an amended claim or the required documents with the court,

OR

2) Within 30 days from the date of service file an answer *and* request a hearing with the U.S. Bankruptcy Court, One Division N. W., Grand Rapids, MI, 49503, with copies served on Trustee and Attorney for Debtor/s.

**FAILURE TO PROPERLY CURE OR FILE AN ANSWER** will result in the Trustee filing an Affidavit with a proposed Order Granting the Relief Requested with the Court.

Dec 17, 2010

/s/ Barbara P. Foley
Barbara P. Foley (P34558)
CHAPTER 13 TRUSTEE

CASE NO. HL-10-07137

Direction for service of Objection to Claim:

Electronically filed with the United States Bankruptcy Court and Attorney for Debtors and mailed by regular first-class mail to the Debtors at above address, creditor and all Interested Parties listed.

| | |
|---|---|
| United States Bankruptcy Court | Copies to Creditor: |
| |     GRESHAM RIGGS |
| Copies to Debtors |     5101 KAPLAN DR |
|     JAMES HOUSLER |     RALEIGH NC 27606-2524 |
|     ELIZABETH HOUSLER | |
|     8639 CARLSBAD LN | |
|     LANSING, MI 48917 | |
| | Interested Party 1 |
| Attorney for Debtors |     ATTY JAMES LEVINSON |
|     GENE F TURNWALD |     PO BOX 117 |
|     2160 HAMILTON RD STE 100 |     BENSON NC 27504 |
|     OKEMOS, MI 48864 | |
| Creditor Account No: XXXXXXX | ECF Claim Number: 14 |

SERVED AS DIRECTED BY: <u>RDC</u>      DATE: <u>12/17/2010</u>